IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-00098-01-CR-W-HFS |
| | ) | |
| MITCHELL R. GREEN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Having reviewed the record and the report and recommendation (Doc. 31), I adopt the report and recommendation and find that defendant Green is not suffering from a mental disease or defect which would prevent him from understanding the nature and consequences of the proceeding against him or assisting in his defense.

It is SO ORDERED.

                                      /s/ Howard F. Sachs
                                      HOWARD F. SACHS
                                      UNITED STATES DISTRICT JUDGE

December 6, 2012

Kansas City, Missouri